181 So. 709

## Ike NUGENT v. STATE.

### 8 Div. 907.

Supreme Court of Alabama.

May 26, 1938.

Bradshaw & Barnett, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Ike Nugent for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Nugent v. State, 181 So. 707.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.